Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Matthew W. Turetzky (SBN 280997)
The Norton Law Firm PC
299 Third Street, Suite 106
Oakland, CA 94607
Tel.: (510) 906-4902
bhann@nortonlaw.com
mturetzky@nortonlaw.com

John G. Papianou (admitted *pro hac vice*)
Erin A. Novak (admitted *pro hac vice*)
Montgomery McCracken Walker
 & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103
Tel.: (215) 772-7258
Fax: (215) 772-7620
jpapianou@mmwr.com
enovak@mmwr.com

***Attorneys for Defendant***
***CHECKR, INC.***

Stephanie R. Tatar (SBN 237792)
Tatar Law Firm, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Tel.: (323) 744-1146
Fax: (888) 778-5695
stephanie@thetatarlawfirm.com

***Attorneys for Plaintiff***
***Amber C. Cataldo***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

| | |
|---|---|
| AMBER C. CATALDO<br><br>        Plaintiff,<br>    v.<br><br>CHECKR, INC.<br><br>        Defendant | Case No. 3:19-cv-03650-RS<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Richard Seeborg |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement,

1

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER                    3:19-cv-03650-RS

to dismiss all Plaintiff's claims stated herein against Defendant, with each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED**

DATED: September 11, 2019

                                                    /s/ Erin A. Novak

John G. Papianou (admitted *pro hac vice*)
Erin A. Novak (admitted *pro hac vice*)
Montgomery McCracken Walker
  & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103
Tel.: (215) 772-7258
jpapianou@mmwr.com
enovak@mmwr.com

Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Matthew W. Turetzky (SBN 280997)
The Norton Law Firm PC
299 Third Street, Suite 106
Oakland, CA 94607
Tel.: (510) 906-4902
bhann@nortonlaw.com
mturetzky@nortonlaw.com

***Attorneys for Defendant***
***CHECKR, INC.***

DATED: November 11, 2019      /s/ Stephanie R. Tatar (with consent)

Stephanie R. Tatar (SBN 237792)
Tatar Law Firm, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Tel.: (323) 744-1146
Fax: (888) 778-5695
stephanie@thetatarlawfirm.com

***Attorneys for Plaintiff***
***Amber C. Cataldo***

2

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER      3:19-cv-03650-RS

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against Defendant Checkr, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
2. Each party shall bear their own attorneys' fees and costs.
3. The Court shall retain jurisdiction over this matter for sixty (60) days to enforce the terms of the Settlement.

**SO ORDERED**

DATED: 11/12/19

_____

Richard Seeborg, U.S.D.J.